# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127564

KRISTINE COWLES,
        Plaintiff-Appellee,

and

KAREN B. PAXSON,
        Intervening Plaintiff-Appellee,

v                                                    SC: 127564
                                                     COA: 229516
                                                     Kent CC: 98-006859-CP
BANK WEST, f/k/a BANK WEST FSB,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the August 5, 2004 judgment of the Court of Appeals is considered, and it is GRANTED.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005                                    _____

d1012                                                              Clerk